1072

[No. 47835-4-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN A. KARR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01022-6, Kenneth L. Cowsert, J., entered December 12, 2000. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid, C.J., and Becker, J.

[No. 47941-5-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BORIS F. POLEVOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00911-5, Joan E. DuBuque, J., entered January 16, 2001. *Reversed* by unpublished per curiam opinion.

[No. 47961-0-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DARCY PATRICK JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08687-0, Nicole MacInnes, J., entered January 12, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 47987-3-I.   Division One.   March 25, 2002.]

A.A.R. TESTING LABORATORY, INC., *Plaintiff*, v. NEW HOPE BAPTIST CHURCH, ET AL., *Respondents*.
D.L. HENRICKSEN COMPANY, INC., *Plaintiff*, v. JDLR, INC., ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 99-2-13945-3, J. Kathleen Learned, J., entered May 5, November 28, and December 19, 2000. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, J., and Webster, J. Pro Tem. Now published at 112 Wn. App. 442.